UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## RICHARD FARMER

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

## FZOAD.COM ENTERPRISES INC. ET AL

## See attached Civil Complaint:

(full name(s) of the defendant(s)/respondent(s))

17CV 9300

CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS**

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*   ☐ Yes   ☑ No   (If "No," go to Question 2.)
    I am being held at: _____

    Do you receive any payment from this institution?  ☐ Yes   ☑ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?   ☑ Yes   ☐ No

    If "yes," my employer's name and address are:  PRECISE OPTOMETRY P.C. 40-25 JUNCTION BLVD CORONA, NY 11368 OWNERS NAME: DANIEL YUSAPOV

    Gross monthly pay or wages:  **$480.00** _____

    If "no," what was your last date of employment? _____

    Gross monthly wages at the time: _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment    ☐ Yes   ☑ No
    (b) Rent payments, interest, or dividends             ☐ Yes   ☑ No

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

RICHARD FARMER

        Plaintiff,

   v.

FZOAD.COM ENTERPRISES INC.,
d/b/a MANHATTAN EYEWORKS,
d/b/a CHELSEA VISION ASSOCIATES,
DENTAL ASSOCIATES OF NEW YORK LLP,
GREENWALD & MATANI PTR,
DAVID FOREST GROSS,
MUNKUND J. MATANI,
and GARY GREENWALD,

        Defendants.

-------------------------------------------------------------x

CIVIL ACTION No.:

**COMPLAINT AND
JURY TRIAL DEMAND**

Plaintiff Richard Farmer, by and through appearing Pro Se, hereby brings this complaint

against Defendants Fzoad.com Enterprises Inc., d/b/a Manhattan Eyeworks, d/b/a Chelsea Vision

Associates and David Forest Gross Owner Optometrist, and the Dental Associates of New York

LLP., Greenwald & Matani PTR, Munkund J. Matani Owner Dentist, and Gary Greenwald

Dentist alleges as follows:

## I.   <u>INTRODUCTION</u>

1.     This action is brought by Plaintiff against Defendants, alleging violations of

Federal Labor Standards Act, 29 U.S.C. §§ 201 et. seq. ("FLSA"), the New York Labor Law

("NYLL"), the New York State Department of Labor the Wage Theft Prevention Act ("WTPA"),

and the New York State Department of Labor Wage Theft Prevention Act under ("Labor Law

Section 215"), Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment

Act of 1967, (ADEA), and the Americans with Disabilities Act of 1990, (ADA) arising from

|  |  |  |  |  |
|---|---|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ | Yes | ☑ | No |
| (d) Disability or worker's compensation payments | ☐ | Yes | ☑ | No |
| (e) Gifts or inheritances | ☐ | Yes | ☑ | No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ | Yes | ☑ | No |
| (g) Any other sources | ☐ | Yes | ■ | No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

**I am paying my expenses through my part time job.**

4.  How much money do you have in cash or in a checking, savings, or inmate account?

    **$1,300.00 in my checking account**

5.  Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

    **No**

6.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

    **Rent $600 a month, Metro Card $128.00**

7.  List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

    **N/A**

8.  Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

    **Student Loans $12,000.00**

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

**11/27/2017**
_____
Dated

**FARMER, RICHARD**
_____
Name (Last, First, MI)

**498 ATLANTIC AVENUE**
_____
Address

**347-933-9685**
_____
Telephone Number

Signature
_____

Prison Identification # (if incarcerated)
_____

**BROOKLYN**    **NY**    **11217**
City        State    Zip Code

E-mail Address (if available)
_____