UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2019 AUG -2  PM 2: 56

--------------------------------------------------------------------

RICHARD FARMER,

                                                       17-CV-9300 (GBD)(OTW)

                      Plaintiff,

       -against-

FZOAD.COM ENTERPRISES INC.,
D/b/a MANHATTAN EYEWORKS,
D/b/a CHELSEA VISION ASSOCIATES,
DENTAL ASSOCIATES OF NEW YORK LLP,
GREENWALD & MATANI PTR,
DAVID FOREST GROSS,
MUKUND J. MATANI, and GARY GREENWALD,

                      Defendants.

--------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8 -2 -/9

TO:   HON. GEORGE B. DANIELS, United States District Judge (LTR)

### PLAINTIFF'S RESPONSE TO JUDGE WANG'S JULY 29, 2019
### COURT ORDER ERRONEOUS

      Plaintiff's response to Opposing Counsel Joshua Weiner's July 19, 2019 letter to Judge

Ona T. Wang was a blatant attempt to use the Magistrate Judge Ona T. Wang and the United

States District Court for the Southern District to issue yet another erroneous  court Order to

silence Plaintiff from exposing the truth about his illegal business practices in Morristown, New

Jersey in using his deceptive practices, misrepresentation and fraud on the United States District

Courts in the SDNY while appearing on Plaintiff's case, while engaging in fraud in other cases

for well over 10 years appearing in cases in the State of New York which he has no right.

      Counsel Weiner has a 10 year history of document fraud and concealing his Morristown,

New Jersey firm from the United States District Court Administration and the New York State

Unified Court System. See Farmer v. Law Office of Weiner & Weiner, LLC, et al. Docket id. 19-CV-7115 (DIST.SDNY) filed on 7/30/2019 with this Court.

Counsel Weiner knew when Plaintiff contacted Timothy Duffy of Coughlin Duffy, LLP on July 18, 2019 via email his fraud and deceit was exposed by the Plaintiff so he tried to figure out a way to shut Plaintiff down from exposing his fraud on the SDNY court thereafter he wrote in his own few the erroneous July 19, 2019 letter id. at (Docket 88) dated July 19, 2019 to Judge Ona T. Wang to do his illegal bidding by having yet another erroneous court Order issued by Judge Wang see id. at (Docket 89) dated July 29, 2019  was the real purpose in silencing Plaintiff once again before this Court but Plaintiff was not deterred.

      Dated: Queens, New York
           August 2, 2019

                                      Respectfully submitted,

                                        RICHARD FARMER, Plaintiff
                                        Appearing *Pro Se*

                                        __/S/  Richard Farmer_____
                                        By: Richard Farmer
                                        136-20 38th Ave, #3D
                                        Flushing, NY 11354
                                        (347) 933-9685

MINTZ & GOLD LLP
Alexander H. Gardner
600 Third Avenue, 25th FL
New York, N.Y. 10016
Tel: (212) 696-4848
Fax: (212) 696-1231
gardner@mintzandgold.com

*Attorneys for Defendants Dental*
*Associates of New York, LLP, Mukund*
*J. Matani, Gary Greenwald &*
*Greenwald & Matani PTR.*

COUGHLIN DUFFY LLP
Joshua Weiner Esq.
350 Mount Kemble Avenue
PO Box 1917
Morristown, New Jersey 07962
jweiner@coughlinduffy.com

Direct: 973-631-6020
Main: 973-267-0058
Fax: 973-267-6442

*Attorney for the Defendants Fzoad.com
Enterprises Inc., and Dr. David F. Gross*

Law Office of Weiner & Weiner, LLC
Paul I Weiner Esquire, LLC,
Joshua Weiner Esq.
350 Mount Kemble Avenue
PO Box 1917
Morristown, New Jersey 07962
jweiner@coughlinduffy.com

Direct: 973-631-6020
Main: 973-267-0058
Fax: 973-267-6442

*Attorney for the Defendants Fzoad.com
Enterprises Inc., and Dr. David F. Gross*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
RICHARD FARMER,

                        Plaintiff,                    17-CV-9300 (GBD)

          -against-

FZOAD.COM ENTERPRISES INC.,
D/b/a MANHATTAN EYEWORKS,
D/b/a CHELSEA VISION ASSOCIATES,
DENTAL ASSOCIATES OF NEW YORK LLP,
GREENWALD & MATANI PTR,
DAVID FOREST GROSS,
MUKUND J. MATANI, and GARY GREENWALD,

                      Defendants.
------------------------------------------------------------------------x

## AFFIRMATION OF SERVICE

       I, Richard Farmer Plaintiff, declare under penalty of perjury that I submitted today's filing to the Pro Se office to be submitted E.C.F. filing to all the parties involved.

Dated: Queens, New York
       August 2, 2019

                               Respectfully submitted,

                               RICHARD FARMER, Plaintiff
                               Appearing *Pro Se*

                               __/S/_ Richard Farmer_____
                               By: Richard Farmer
                               136-20 38th Ave, #3D
                               Flushing, NY 11354
                               (347) 933-9685