```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
RICHARD FARMER,                                              :
                                                             :
                                Plaintiff,                   :     17-CV-9300 (GBD) (OTW)
                                                             :
                -against-                                    :     ORDER
                                                             :
FZOAD.COM ENTERPRISES INC., et al.,                          :
                                                             :
                                Defendants.                  :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' request for a conference to discuss Plaintiff's sur-reply. (ECF 109). That request is **DENIED**; no conference is necessary at this time. The parties are reminded, however, that briefing is closed as to the motions to dismiss, and any future sur-reply filed without first obtaining leave of the Court will be struck from the docket.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: November 12, 2019
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge