**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RICHARD FARMER,

                Plaintiff,                      17 **CIVIL** 9300 (GBD)(OTW)

         -against-                             **JUDGMENT**

FZOAD.COM ENTERPRISES INC., d/b/a
MANHATTAN EYEWORKS INC. d/b/a
CHELSEA VISION ASSOCIATES, et al.,
                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 17, 2020, Magistrate Judge Wang's Report is ADOPTED. The Employer Defendants' motion to dismiss is GRANTED. The Matani Defendants' motion to dismiss is also GRANTED as to all counts.

**Dated:** New York, New York
        September 17, 2020

                                         **RUBY J. KRAJICK**
                                         **Clerk of Court**
                     **BY:**   *K. Mango*
                                           **Deputy Clerk**