**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
RICHARD FARMER, :
:
                    Plaintiff, :        17-CV-9300 (GBD) (OTW)
:
       -against- :                **ORDER**
:
FZOAD.COM ENTERPRISES INC., et al., :
:
                  Defendants. :
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On January 14, 2021, Defendants Fzoad.com Enterprises Inc. d/b/a Manhattan Eyeworks d/b/a Chelsea Vision Associates, and David Forest Gross (collectively, the "Employer Defendants") and Frank Fico, Marina Kleyman, Manhattan Eyeworks, Inc, 3 Eyed Optical, Inc, and Triple Vision Corp (the "New Employer Defendants") moved to dismiss the allegations against them for failure to prosecute under Federal Rule of Civil Procedure ("Rule") 41(b). (ECF 124). To date, Plaintiff has not responded.

Accordingly, Plaintiff is ordered to respond by **April 29, 2021**. Plaintiff may respond by mail to the Pro Se Office, 500 Pearl Street, New York, NY 10007 or by email to temporary_pro_se_filing@nysd.uscourts.gov. Failure to respond by that time may result in a recommendation that the action be dismissed for failure to prosecute under Rule 41(b).

The Clerk of Court is directed to mail a copy of this Order and ECF 124 to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: April 15, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge