UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

RICHARD FARMER,

                Plaintiff,

    -against-                             17 **CIVIL** 9300 (GBD) (OTW)

**JUDGMENT**

FZOAD.COM ENTERPRISES INC., et al.,

                Defendants.

-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated June 28, 2021, Magistrate Judge Wang's Report is adopted; Defendants' motion to dismiss Plaintiff's complaint is granted; accordingly, this case is closed.

**Dated:** New York, New York
            June 29, 2021

                                                          **RUBY J. KRAJICK**

                                                           Clerk of Court

                              **BY:**

                                                           Deputy Clerk